**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert T Hoppe Jr.                                    CHAPTER 13
                          Debtor(s)

                                                             BKY. NO. 24-12759 AMC


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on
the master mailing list.


                                    Respectfully submitted,


                    /s/ *Denise Carlon*
                        Denise Carlon
                        13 Aug 2024, 13:42:51, EDT


                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322

Document ID: 01bb000fd5d1c12c3355cee1e37b4ed5834fa4636b77066d321dd8b564405c24