UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ROBERT T HOPPE, JR.<br><br><br>        Debtor | Chapter 13<br>Bankruptcy No.24-12759-AMC |

CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of October, 2024, by first class mail upon those listed below:

ROBERT T HOPPE, JR.
10 QUAY ROAD
LEVITTOWN, PA  19057

**Electronically via CM/ECF System Only:**

BRAD J. SADEK ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

/s/ Kenneth E. West, Esq.
Kenneth E. West, Esq.
Standing Chapter 13 Trustee